disparities is not persuasive. The district court's sentencing analysis included a comparison with co-defendants Ceasar and Pumphrey. The district court found that Johnson, like Ceasar and Pumphrey, rendered "substantial cooperation" to the government. However, whereas Ceasar and Pumphrey continued to engage in criminal conduct after their "substantial cooperation," the district court recognized that Johnson's post-arrest conduct had been "very impressive," "unique," and "extraordinary."

We conclude that the district court provided an adequate explanation of its sentencing decision and did not abuse its discretion in weighing the § 3553 sentencing factors.

AFFIRMED.

**Ronald B. TALMAGE; Annette C. Talmage, Petitioners–Appellants,**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent–Appellee.**

No. 08–73152.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2010.*

Filed Aug. 6, 2010.

Per C. Olson, Hoevet Boise & Olson PC, Portland, OR, for Petitioners–Appellants.

---

* The panel unanimously concludes this case is suitable without oral argument. *See* Fed. R. App. P. 34(a)(2).

Richard T. Morrison, Esquire, Anthony T. Sheehan, Esquire, Steven W. Parks, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General DOJ—U.S. Department of Justice, Robert R. DiTrolio, Esquire, Clerk, U.S. Tax Court, Donald L. Korb, Esquire, Acting Chief Counsel, Washington, DC, for Respondent–Appellee.

Before: PREGERSON, WARDLAW and RAWLINSON, Circuit Judges.

MEMORANDUM **

Ronald and Annette Talmage appeal a Tax Court decision in favor of the Commissioner. We have jurisdiction under 26 U.S.C. § 7482. Having reviewed the tax court's findings of fact for clear error, *LOAD, Inc. v. Comm'r*, 559 F.3d 909, 911 (9th Cir.2009), we affirm for the reasons stated by Judge Harry Haines in *T.C. Memo.* 2008–34 (Feb. 19, 2008).

AFFIRMED.

**Maria Guadalupe GARCIA LANDA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–71931.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.